McGuireWoods LLP
1345 Avenue of the Americas
Seventh Floor
New York, NY 10105-0106
Phone: 212.548.2100
Fax: 212.548.2150
www.mcguirewoods.com

Philip A. Goldstein
Direct: 212.418.2167

**McGUIREWOODS**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

JUL 2 5 2008

pagoldstein@mcguirewoods.com
Direct Fax: 212.715.6275

July 24, 2008

**Via Facsimile**

Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl St., Room 755
New York, NY 10007

**MEMO ENDORSED**

Re: Kenroy Richmond et al. v. General Nutrition Centers Inc. et al.
**08 CV 3577 (S.D.N.Y.) (LTS)(AJP)**

Dear Judge Swain:

We represent General Nutrition Centers and Neal Blitzer ("Defendants") in the above-referenced matter. The parties are writing as a follow up to their conversation with your clerk earlier today during which he informed us that the initial conference, scheduled for tomorrow, July 25, 2008, has been adjourned. In addition, your clerk asked that the parties send a letter via facsimile to formally request an adjournment and to schedule a new date for the initial conference. I also am writing to inform the Court that I was only retained for this matter last Friday and did not learn about the initial conference until late Wednesday evening. Therefore, both parties have not had an opportunity to meet and confer to prepare their Rule 26(f) report. Therefore, both parties respectfully request that the Initial Conference in this matter be adjourned to Friday, August 29, 2008. This is the first request by either party for an adjournment of the Initial Conference.

If you have any further questions, please contact me.

Respectfully yours,

Philip A. Goldstein

PAG/

cc: Daryl Davis, Esq.

The conference is adjourned to September 5, 2008, at 10:15 AM.

SO ORDERED.

7/25/08
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

\6434593.1