Sinatra, J

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 0 4 2008

Philip A. Goldstein, Esq.
McGuireWoods LLP
1345 Avenue of the Americas, 7th Fl.
New York, New York 10105-0106
(212) 548-2100
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
KENROY RICHMOND, SAMUEL WARKIE, : Case No: 08 CV 3577
PRINCE R. SIAW AND MARLON HATTIMORE, : (LTS)(HBP)
:
Plaintiff, : **STIPULATION**
:
-against- :
:
GENERAL NUTRITION CENTERS INC. AND NEAL :
BLITZER, :
:
Defendants. :
------------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiffs Kenroy Richmond, Samuel Warkie, Prince R. Siaw and Marlon Hattimore ("Plaintiffs") and counsel for Defendants General Nutrition Centers, Inc. and Neal Blitzer ("Defendants") that the time for Defendants to answer, move, or otherwise respond to the Plaintiff's Complaint in this action is hereby extended to and including September 18, 2008. A facsimile copy of this stipulation will serve the same purposes as original signatures.

Dated:  New York, New York
        September 2, 2008

_____          _____
Philip A. Goldstein                       Daryl Davis
McGuireWoods LLP                          Doman Davis LLP
1345 Avenue of the Americas, 7th Fl.      245 Park Avenue, 39th Floor
New York, New York 10105                  New York, New York, 10167
(212) 548-2100                            (646) 217-0973
Attorneys for Defendants                  Attorneys for Plaintiffs

SO ORDERED:

_____ 9/4/08

Active\6463290.2