Kimberly Q. Cacheris, Esq.
Benjamin R. Holland, Esq.
Philip A. Goldstein, Esq.
McGuireWoods LLP
1345 Avenue of the Americas, 7th Fl.
New York, New York 10105-0106
(212) 548-2100
Attorneys for Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

KENROY RICHMOND, SAMUEL WARKIE,
PRINCE R. SIAW AND MARLON HATTIMORE,

                      Plaintiffs,

        -against-

GENERAL NUTRITION CENTERS INC. AND NEIL
BLITZER,

                   Defendants.

------------------------------------------------------------------ x

Case No: 08 CV 3577
(LTS)(HBP)

**DECLARATION OF
BENJAMIN R. HOLLAND IN
SUPPORT OF DEFENDANTS'
MOTION FOR SUMMARY
JUDGMENT**

Benjamin R. Holland, being of full age, declares:

    1.    I am a member of the law firm McGuireWoods LLP.

    2.    I, along with Kimberly Q. Cacheris and Philip A. Goldstein represent

Defendants in the above-referenced matter.  As counsel for Defendants, I am familiar with all

discovery and depositions that have taken place as part of this litigation.

    3.    Attached hereto as Exhibit A are true and accurate copies of the relevant

portions of the depositions of Marlon Hattimore, Kenroy Richmond, Prince Siaw, Samuel

Warkie, Neal Blitzer, Raul Ceto, as well as the relevant exhibits thereto.

    4.    Attached hereto as Exhibit B is a true and correct copy of the separation

report of Samuel Warkie from his employment with Defendant General Nutrition Corporation

Executed on September 30, 2009.  I declare under penalty of perjury under the laws of

the United States of America that the foregoing is true and correct.

_____

Benjamin R. Holland